No. 77–1000. CHICAGO, ROCK ISLAND & PACIFIC RAILROAD Co. v. REDIKER. Ct. App. Kan. Certiorari granted.

No. 77–1016. UNITED CALIFORNIA BANK ET AL., CO-EXECUTORS v. UNITED STATES. C. A. 9th Cir. Certiorari granted.

No. 77–1105. HERBERT v. LANDO ET AL. C. A. 2d Cir. Certiorari granted.

No. 77–654. GREAT ATLANTIC & PACIFIC TEA Co., INC. v. FEDERAL TRADE COMMISSION. C. A. 2d Cir. Certiorari granted. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 77–5781. RAKAS ET AL. v. ILLINOIS. App. Ct. Ill., 3d Dist. Motion of petitioners for leave to proceed in forma pauperis and certiorari granted.

No. 77–603. MARTORANO v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 77–713. WEST v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 77–771. SCHURGIN v. UNITED STATES; and
No. 77–5755. RIMAR v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 77–780. CORNFELD, DBA GRAYHALL, INC. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.